# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America

vs.

(1) Nestor Oswaldo Villalobos-Maldonado

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: DR:19-M -06160(1)
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 14, 2019** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Nestor Oswaldo VILLALOBOS-Maldonado, an alien, entered, or was found in the United States at or near Del Rio, Texas, after having been denied admission, excluded, deported, or removed from the United States through Laredo, Tx on 02/23/2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto.  Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title     **8**     United States Code, Section(s)     **1326(a)(1)**
.

I further state that I am a(n) **BPA** and that this complaint is based on the following facts: *"The defendant, Nestor Oswaldo VILLALOBOS-Maldonado, was arrested by Border Patrol Agents, on June 14, 2019 for being an alien illegally present in the United States.*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
GARZA, Hector A
BPA

06/28/2019                                                    at   DEL RIO, Texas
File Date                                                          City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE                Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:19-M -06160(1)

(1) Nestor Oswaldo Villalobos-Maldonado

**Continuation of Statement of Facts:**

Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 02/23/2017 through Laredo, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____  _____
Signature of Judicial Officer  Signature of Complainant